UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE NO.: 16-9235 |
| | : | |
| V. | : | CRIMINAL ACTION |
| | : | |
| Christopher Montemarano | : | ORDER OF RELEASE |

     The Court orders the defendant is ordered released on a personal recognizance bond with the following bail conditions:

     (✓) Reporting, as directed, to U.S. Pretrial Services;

     ( ) Substance Abuse testing/treatment, as directed by U.S. Pretrial Services;

     (✓) Mental Health testing/treatment as directed by U.S. Pretrial Services:

     (✓) The defendant shall appear at all future court proceedings;

     ( ) Other: _____

_____      9/20/16
DEFENDANT                               DATE

     It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

_____
Honorable Anthony R. Mautone
U.S. Magistrate Judge

9/28/16
DATE